# UNITED STATES DISTRICT COURT
for the

Jason L. Byers
_Petitioner_

v.  Case No. _____
         _(Supplied by Clerk of Court)_

Carroll County Circuit Court
_Respondent_
(name of warden or authorized person having custody of petitioner)

-FILED-
JAN 08 2024
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JASON LOGAN BYERS
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: CARROLL COUNTY (INDIANA) JAIL
   (b) Address: 310 W MAIN ST.
               DELPHI, IN 46923
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: CARROLL COUNTY CIRCUIT COURT (INDIANA) CARROLL COUNTY (INDIANA) SUPERIOR COURT
   (b) Docket number, case number, or opinion number: 08C01-2308-F5-25; 88D01-2207-F6-73
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   THE COURT REFUSED THE REQUEST OF A MEDICAL RELEASE. THERE IS NO WAY TO APPEAL. MY CURRENT HEALTH SITUATION REQUIRES DOCTOR ORDERED MEDICAL ATTENTION - NOT PROVIDED BY THIS FACILITY
   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: THERE IS NO AVAILABLE WAY TO APPEAL THE COURTS DENIAL.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: NONE AVAILABLE.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: NONE AVAILABLE

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: FOR THE CURRENT SITUATION, 28 U.S.C. § 2255 DOES NOT APPLY TO THE CURRENT MEDICAL RELEASE DENIAL.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** DETAINEE IS NOT PERMITTED THE CORRECT DOCTOR ORDERED MEDICAL ATTENTION. SHERIFF LIGGET, Jail COMMANDER L.S. AS WELL AS THE FACILITY DOCTOR, NURSE PRACTICNER, AND DOCTOR ALL AGREE THEY ARE UNABLE TO PROVIDE THE PROPER MEDICAL TREATMENT

(a) Supporting facts (Be brief. Do not cite cases or law.):
DOCTORS HAVE ORDERED (IU METHODIST HOSPITAL) PHYSICAL REHABILITATION, AS WELL AS MOBILITY FOR MY PHYSICAL DEFICINCY (LEGS DON'T ALLOW ME PROPER USE TO WALK). I HAVE AN OLD (PROVIDED) WHEELCHAIR THAT DOES NOT ALLOW ME MOVEMENT (TRANSFER) WITH EASE. DOCTORS HAVE ORDERED SEVERAL SPECIALIST FOLLOW-UP APPOINTMENTS FOR BOTH TREATMENT AND SURGERY. (CONT. ON SEPARATE SHEET ATTACHED)

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** THE CARROLL COUNTY JAIL IS NOT BUILT TO PROVIDE PROPER HANDICAP FACILITIES FOR ONE WHO IS WHEELCHAIR BOUND. I HAVE NO ACCESS TO SHOWER FACILITIES OR EQUIPMENT, NO ACCESS TO THE LAW LIBRARY, KIOSK FOR VISITATION, REGULAR ACCESS TO THE PHONE, AND NO ACCESS TO THE CELLS

(a) Supporting facts (Be brief. Do not cite cases or law.):
EMERGENCY BUTTON. THE MEDICATION IS PASSED BY NON-CERTIFIED EMPLOYEES AND MEDICAL STAFF IS NOT AVAIBLE BUT 3 HOURS A WEEK. I HAVE NOT BEEN ABLE TO VISIT WITH MY ATTORNEY OR ATTEND MY COURT APPOINTMENTS (ONLY ON ZOOM) BECAUSE OF THE LACK OF MOBILITY EQUIPMENT AVAILABLE

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** _____

(a) Supporting facts (Be brief. Do not cite cases or law.):
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

GROUND ONE - SUPPORTING FACTS CONTINUED:

Dr. Kumille Mohan (Neurologist) of JWM Neurology currently has me giving medication twice a week to keep my diagnosed Chronic Inflammatory Demylenating Polynueropothy under control. This has caused issues with my digestive system due to the fact I am denied this medication and treatment. This also causes severe weakness in my extremeties.

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

### Request for Relief

15. State exactly what you want the court to do: MY REQUEST FOR RELIEF IS TO ASK THE FEDERAL COURT TO APPROVE A MEDICAL RELEASE TO ALLOW ME THE OPPORTUNITY TO GET PROPER MEDICAL CARE. THIS ALSO GIVES ME BETTER ABILITY (THAT IS LACKING DUE TO MEDICAL NEGLECT) TO ATTEND LAWYER APPOINTMENTS, DOCTORS APPOINTMENTS AND COURT APPEARANCES.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
THERE HAVE BEEN MULTIPLE REQUEST BY MEDICAL STAFF SINCE SEPT. 17, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: DECEMBER 21, 2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any