AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

JASON L. BYERS
a/k/a Jason Logan Byers
        Petitioner

    v.                       **Civil Action No.**     4:24cv3 JVB-

SHERIFF,
Carroll County Jail
        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____ the amount of
_____ dollars ($_____), which includes
prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____%
per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)*
_____.

**X** other: The Petition for Writ of Habeas Corpus is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases because it does not state a valid claim for habeas relief. The Petitioner, Jason L. Byers, is DENIED a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Joseph S. Van Bokkelen on a Petition for Writ of Habeas Corpus.

DATE:  1/19/2024                      *Chanda J. Berta, Clerk of Court*

                                    by    S/ J. Darrah
                                      *Signature of Clerk or Deputy Clerk*